FILED

FEB 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael Robert Marsoun<br>P.O. Box 650<br>Kealakekua, Hawaii 96750<br><br>vs,<br><br>UNITED STATES OF AMERICA; and<br>STATE OF HAWAII, DEPARTMENT O<br>TAXATION; and ROY HAMAKAWA, A<br>District Tax Manager; and John Doe, a.<br>"M. SHIOJI," Preparer | )<br>) CASE NO. _____<br>CASE NUMBER   1:07CV00355<br><br>JUDGE: John D. Bates<br><br>DECK TYPE: Pro se General Civil<br><br>DATE STAMP: 02/16/2007 |

COMPLAINT FOR DAMAGES UNDER 26 U.S.C. SECTION 7431

Michael Robert Marsoun, plaintiff herein, complains of defendants and seeks statutory and/or actual and punitive damages as follows:

I

## INTRODUCTION

1. This is an action brought pursuant to Title 26, Section 7431 of the Internal Revenue Code for the recovery of statutory and/or actual and punitive damages caused by

   A. the intentional and/or negligent unlawful disclosure of confidential return information by R. Romney, P. Dashel, M. Provost, C. Kaminaka, Susan A. Hansen, and Colin Chung, and other unknown agents (herein agent(s)) of the Internal Revenue Service;

    B.    the intentional and/or negligent unlawful inspection of confidential return information by STATE OF HAWAII, DEPARTMENT OF TAXATION, and ROY HAMAKAWA, Acting District Tax Manager;

    C.    the intentional and/or negligent unlawful disclosure of confidential return information by STATE OF HAWAII, DEPARTMENT OF TAXATION, and ROY HAMAKAWA, Acting District Tax Manager; and,

    D.    the intentional and/or negligent unlawful inspection of confidential return information by John Doe, *aka* "M. SHIOJI".

2. This Court has jurisdiction for this action under Title 26, Section 7431(a)(1) and (b) of the Internal Revenue Code, Venue is proper in this Court under 28 U.S.C. §1391(e).

## II
## FACTS

3. Michael Robert Marsoun is an individual who at times material hereto lived in Huntington Beach, California, and Kealakekua, Hawaii.

4.    A.    Plaintiff is the victim of disclosures of confidential information, unauthorized in the absence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203. Said unauthorized disclosures are being conducted by the aforementioned agent(s) of the Internal Revenue Service; and,

B. Plaintiff is the victim of inspections of confidential information, unauthorized in the absence of a written agreement between the Secretary of the Treasury (or his authorized delegate) and the Head of the STATE OF HAWAII, DEPARTMENT OF TAXATION, which specifically identifies ROY HAMAKAWA, Acting District Tax Manager, as an individual authorized to receive confidential information under such written agreement; and,

C. Plaintiff is the victim of further disclosure of confidential information by ROY HAMAKAWA, Acting District Tax Manager, unauthorized in the absence of a written agreement between the Secretary of the Treasury (or his authorized delegate) and the Head of the STATE OF HAWAII, DEPARTMENT OF TAXATION, which specifically identifies John Doe, *aka* "M. SHIOJI," Preparer, as an individual authorized to receive confidential information under such written agreement.

5. A. On or about May 16, 1994, the aforementioned R. Romney, claiming the Title of Revenue Officer 33-01-4310, in the "Laguna Niguel", District, and P. Dashel, Title omitted, caused to be recorded with the County Recorder, Orange County, in Santa Ana, California, a purported Notice of Federal Tax Lien for alleged "940" and "6721" taxes for "12/31/1990", "signed" P. Dashel, "for" R. Romney, (a sample is affixed hereto as Exhibit A; identifying information has been excised), in an amount for which defendants have been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and

recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "08/11/1997" as specified thereupon.

B. On or about February 11, 1998, the aforementioned M. Provost, claiming the Title of Chief, SCCB 33-01-0000, in the "Southern California" District, and P. Dashel, Title omitted, caused to be recorded with the County Recorder, Orange County, in Santa Ana, California, a purported Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/1990", "12/31/1991", "12/31/1992", "signed" P. Dashel, "for" M. Provost, (a sample is affixed hereto as Exhibit B; identifying information has been excised), in an amount for which defendants have been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "08/11/1997" as specified thereupon.

C. On or about August 24, 2005, the aforementioned C. Kaminaka, claiming the Title of Revenue Officer 32-01-3552, and Susan A. Hansen, Title omitted, caused to be recorded with the Department of Land and Natural Resources, Bureau of Conveyances, in Honolulu, Hawaii, a purported Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/1993", "12/31/1995", "12/31/1996", "12/31/1997", "12/31/1998", "signed" Susan A. Hansen, "for" C. Kaminaka, (a sample is affixed hereto as Exhibit C; identifying information has been excised), in an amount for which defendants have been unable to produce evidence of procedurally proper, valid assessments, made in full

compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "07/30/2001" as specified thereupon.

D. On or about January 26, 2006, the aforementioned C. Kaminaka, claiming the Title of Revenue Officer 32-01-3552, and Susan A. Hansen, Title omitted, caused to be recorded with the Department of Land and Natural Resources, Bureau of Conveyances, in Honolulu, Hawaii, a purported Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/1999", "signed" Susan A. Hansen, "for" C. Kaminaka, (a sample is affixed hereto as Exhibit D; identifying information has been excised), in an amount for which defendants have been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "08/22/2005" as specified thereupon.

E. On or about September 14, 2006, the aforementioned Colin Chung, claiming the Title of Revenue Officer 26-10-3674, and R.A. Mitchell, Title omitted, caused to be recorded with the Department of Land and Natural Resources, Bureau of Conveyances, in Honolulu, Hawaii, a purported Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/2002", "12/31/2003", "signed" R.A. Mitchell, "for" Colin Chung, (a sample is affixed hereto as Exhibit E; identifying information has been excised), in an amount for which defendants have been unable to produce evidence of procedurally proper, valid

    assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "05/08/2006" as specified thereupon.

  F.  On or before November 17, 2006, the aforementioned Internal Revenue Service employees disclosed confidential information to STATE OF HAWAII, DEPARTMENT OF REVENUE, and/or ROY HAMAKAWA, Acting District Tax Manager, and/or to John Doe, *aka* "M. SHIOJI," Preparer, in the absence of a written agreement between the Secretary of the Treasury (or his authorized delegate) and the Head of the STATE OF HAWAII, DEPARTMENT OF TAXATION.

6.  A.  In the absence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, each instrument identified in ¶¶ 5, above, entered into the public record, contains multiple wrongful disclosures of "return information" as defined in law. SEE: ¶ 15, below.

  B.  In the absence of a written agreement between the Secretary of the Treasury (or his authorized delegate) and the Head of the STATE OF HAWAII, DEPARTMENT OF TAXATION, which specifically identifies ROY HAMAKAWA, Acting District Tax Manager, as an individual authorized to receive confidential information under such written agreement inspection and further disclosure by ROY HAMAKAWA, Acting District Tax Manager, is a

        violation of Internal Revenue Code section 6103.

    C.    In the absence of a written agreement between the Secretary of the Treasury (or his authorized delegate) and the Head of the STATE OF HAWAII, DEPARTMENT OF TAXATION, which specifically identifies John Doe, *aka* "M. SHIOJI," Preparer, as an individual authorized to receive confidential information under such written agreement, disclosure by ROY HAMAKAWA, Acting District Tax Manager to John Doe, *aka* "M. SHIOJI," Preparer, is a violation of Internal Revenue Code section 6103.

7.    The wrongful disclosures of plaintiffs' return information has caused plaintiff substantial mental and emotional distress.

8.    The wrongful disclosures of plaintiffs' return information has subjected plaintiff to the real possibility of identity theft.

9.    In the absence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, tt was neither necessary, nor lawful, for the aforementioned agent(s) to place on the purported Notice(s), return information which subject plaintiff to the possibility of identity theft.

10.    In the absence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, agent(s) disclosures were not in good faith or there existed no good faith in disclosure of confidential return information.

11. A reasonable Internal Revenue Agent can be expected to know the statutory provisions governing disclosure, as interpreted and reflected in the IRS regulations and manuals. An agents's contrary interpretation is not in good faith.

12. Agent did not follow the dictates of section 6103 or the applicable IRS manual provisions prior to recording the purported notices.

13. On information and belief, the agent(s) involved in this case have all received extensive "disclosure" training which is designed to preserve the integrity of the confidentiality provisions of the federal tax laws which are codifications and extensions of the basic Forth Amendment right to privacy.

III

## LEGAL AUTHORITY

14. Section 7431 of the internal revenue code provides taxpayers with a cause of action for statutory and/or actual and punitive damages against the United States in the event an officer of employee thereof makes any unlawful disclosure of "return information" in violation of Section 6103 of the Internal Revenue Code.

15. "Return Information" is required by Section 6103 to remain confidential and not be disclosed except as provided in Section 6103. There is no provision in Section 6103 providing for the disclosure of the return information contained in the aforementioned lien(s). "Return Information" is broadly defined in Section 6103(b)(2) as follows:

> a taxpayer's identity, the nature, source. or amount of his income, payments, receipts, deductions, exemptions, credits, assets, liabilities, net worth, tax liability, tax withheld, deficiencies, overassessment, or tax payments, whether the taxpayer's return was, is being, or will be examined or subject to investigation or processing, or any other data, received by, recorded by, prepared by, furnished to, or collected by the Secretary with respect to a

return or with respect to the determination of the existence, or possible existence, of liability (or the amount thereof) of any person under this title for any tax, penalty, interest, fine, forfeiture, or other imposition or offense ...

16. "Taxpayer identity" is broadly defined in Section 6103(b)(6) as follows:

The term "taxpayer identity" means the name of a person with respect to whom a return is filed, his mailing address, his taxpayer identifying number (as described in section 6109), or a combination thereof.

17. The disclosure(s) described above are intentional, negligent, and/or grossly negligent disclosures of "return information" in violation of Section 6103 and for which plaintiff is/are entitled to statutory and/or actual and punitive damages under Section 7431.

## IV

## DAMAGES

18. Internal Revenue Code section 7431 authorizes damages:

...in an amount equal to the sum of—
(1) the greater of—
    (A) $1,000 for each act of unauthorized inspection or disclosure of a return or return information with respect to which such defendant is found liable, or
    (B) the sum of—
        (i) the actual damages sustained by the plaintiff as a result of such unauthorized inspection or disclosure, plus
        (ii) in the case of a willful inspection or disclosure or an inspection or disclosure which is the result of gross negligence, punitive damages, plus
(2) the costs of the action, plus
(3) in the case of a plaintiff which is described in section 7430 (c)(4)(A)(ii), reasonable attorneys fees, except that if the defendant is the United States, reasonable attorneys fees may be awarded only if the plaintiff is the prevailing party (as determined under section 7430 (c)(4)).

19. The reprehensible and vexatious conduct of and the illegal disclosures made by the aforementioned agent(s) and the other agents involved herein has caused plaintiff substantial personal embarrassment, loss of good will, loss in credit, the extent of

which at this time cannot be completely and accurately ascertained but which will be more fully known after the completion of discovery. At a minimum, defendant is statutorily liable for 1,000.00 for each unauthorized disclosure by defendants.

20. The intentionally and/or grossly negligent unlawful disclosures by Arlie Alexander and the other agents involved herein entitles plaintiff to punitive damages the extent of which at this time cannot be accurately ascertained but which will be more fully known after the completion of discovery.

21. Based on the unlawful disclosures plaintiff contend that they are entitled to the costs of the action pursuant to Section 7431(c)(2) and (3).

**WHEREFORE**, plaintiff request(s) after trial of this case that judgement be entered in his/her/their favor against the UNITED STATES OF AMERICA; STATE OF HAWAII, DEPARTMENT OF TAXATION, ROY HAMAKAWA, and John Doe, aka "M. SHIOJI", for actual and punitive damages, the costs of this action, expungement of the aforementioned notices and such other and further relief to which plaintiff is/are entitled.

Dated  Feb. 12 , 2007

_____
Michael Robert Marsoun

## Jurat

Sworn to and subscribed before me, a Notary Public in the State of Hawaii, this 12th day of February, 2007.

_____
Notary Public

My Commission expires: 8-22-07

[Notary Seal: SHAWNA L. YONEMURA, NOTARY PUBLIC, STATE OF HAWAII]

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-355
F JDB

## I (a) PLAINTIFFS

Michael Robert Marsoun

### DEFENDANTS

United States

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

CASE NUMBER   1:07CV00355
JUDGE: John D. Bates
DECK TYPE: Pro se General Civil
DATE STAMP: 02/16/2007

Washington, District of Columbia 20530

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ⊙ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ⊙ 4 |
| Citizen of Another State | ⊙ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- [ ] 410 Antitrust

### ○ B. Personal Injury/Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- [ ] 151 Medicare Act

Social Security:
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g)

Other Statutes
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ⊙ F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food &Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [X] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
26 USC 7431 Unlawful Disclosure/Inspection

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ _____  Check YES only if demanded in complaint
JURY DEMAND:  YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE Feb. 7, 07   SIGNATURE OF ATTORNEY OF RECORD _____

2/15/07

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

| Form 668 (Y) (Rev. October 1993) | 7128 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| District | | Serial Number | For Optional Use by Recording Office |
| Laguna Niguel, CA | | 339488376 | DOC # 94-0354296 24-MAY-1994 01:34 PM Recorded in Official Records of Orange County, California Lee A. Branch, County Recorder Pgs 1 of 1 Fees $ 5.00 Tax $ 0.00 |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  MICHAEL MARSOUN
                  DBA EUROTECH MARBLE

Residence  200 MAIN ST STE NO 104
           HUNTINGTON, CA  92648-8100

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/90 | 33-0392139 | 02/15/93 | 03/17/03 | 227.10 |
| 6721 | 12/31/90 | 33-0392139 | 09/07/92 | 10/07/02 | 390.00 |

Place of Filing  COUNTY RECORDER
                 ORANGE COUNTY
                 SANTA ANA, CA  92702

Total $  617.10

This notice was prepared and signed at  Laguna Niguel, CA , on this,

the  18th  day of  May , 19  94 .

Signature  for R BONNER (310) 360-3509    Title  Revenue Officer  33-01-4310

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C B. 409)

Part 1 - Kept By Recording Office    Form 668 (Y) (Rev. 10-93)

Exhibit A

RECORDING REQUESTED BY.

Internal Revenue Service

AND WHEN RECORDED MAIL TO.

Internal Revenue Service
P.O. Box 30216
Laguna Niguel, CA 92607

Recorded in the County of Orange, California
Gary L. Granville, Clerk/Recorder
6.00
19980070657 10:54am 02/11/98
005 23011743 23 14
M32 1 6.00 0.00 0.00 0.00 0.00 0.00

THIS SPACE RESERVED FOR RECORDER ONLY

Form 668 (Y) 341
(Rev October 1993)

Department of the Treasury - Internal Revenue Service
## Notice of Federal Tax Lien

District: SOUTHERN CALIFORNIA    Serial Number: 339841345

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and right to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: MICHAEL MARSOUN

Residence: 404 8TH STREET
HUNTINGTON BEACH, CA 92648-4629

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1990 | 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 | 08/11/1997 | 09/10/2007 | 53608.85 |
| 1040 | 12/31/1991 | 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 | 08/11/1997 | 09/10/2007 | 24038.84 |
| 1040 | 12/31/1992 | 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 | 08/11/1997 | 09/10/2007 | 13799.02 |

Place of Filing
COUNTY RECORDER
ORANGE COUNTY
SANTA ANA, CA 92802

Total $ 91446.71

This notice was prepared and signed at Laguna Niguel, CA, on the, 09th day of February, 1998.

Signature: for M PROVOST

Title: CHIEF, SCCB 33-01-0000
(800) 829-0994

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev Rul 71-466, 1971 - 2 CB 409)

Part 1 - Kept by Recording Office    Form 668 (Y)(Rev. 10-93)

Exhibit B

I hereby certify that this is
a true copy from the records
of the Bureau of Conveyances.

_/s/ illegible_
Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii



R-904      STATE OF HAWAII
           BUREAU OF CONVEYANCES
           RECORDED
SEP 09, 2005         08:02 AM

Doc No(s) 2005-180924



/s/ CARL T. WATANABE
REGISTRAR OF CONVEYANCES

20     34/37   Z6

| Reserved for Recording Information | Reserved for Recording Information |
|---|---|
| After recording, return By Mail ☒<br><br>Internal Revenue Service<br>P O Box 145595<br>Cincinnati OH   45250-9734 | |
| | Document contains     pages |



Exhibit C-1

| Form 668 (Y)(c) (Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #12 Lien Unit Phone: (800) 913-6050 | Serial Number 244975505 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  MICHAEL ROBERT MARSOUN

Residence  PO BOX 650
KEALAKEKUA, HI 96750-0650

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1993 | 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 | 07/30/2001 | 08/29/2011 | 2102.10 |
| 1040 | 12/31/1995 | 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 | 07/30/2001 | 08/29/2011 | 1290.27 |
| 1040 | 12/31/1996 | 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 | 07/30/2001 | 08/29/2011 | 4149.65 |
| 1040 | 12/31/1997 | 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 | 09/10/2001 | 10/10/2011 | 8974.88 |
| 1040 | 12/31/1998 | 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 | 07/30/2001 | 08/29/2011 | 4545.71 |

Place of Filing  BUREAU OF CONVEYANCES
REGISTRAR
HONOLULU, HI 96803

Total  $ 21062.61

This notice was prepared and signed at  SEATTLE, WA , on this,
the 24th day of August, 2005.

Internal Revenue Service
PO Box 145595
Stop # 8420-G  Team 206
Cincinnati, OH  45250-5595

Signature  *Susan A. Hansen*  for C. KAMINAKA
Title  REVENUE OFFICER
(808) 933-6983
32-01-3552

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 2 - Internal Revenue Service TDA Copy

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Exhibit C-2

*1*

I hereby certify that this is
a true copy from the records
of the Bureau of Conveyances.

*Registrar of Conveyances*
Assistant Registrar, Land Court
State of Hawaii



R-855   **STATE OF HAWAII**
**BUREAU OF CONVEYANCES**
**RECORDED**
FEB 07, 2006        08:02 AM

Doc No(s) 2006-024543



/s/ CARL T. WATANABE
REGISTRAR OF CONVEYANCES

20      9/29      Z8

Reserved for Recording Information

After recording, return By Mail ☒

Internal Revenue Service
P O Box 145595
Cincinnati OH   45250-9734

Reserved for Recording Information

Document contains          pages



Exhibit D-1

| Form 668 (Y)(c) (Rev. February 2004) | 1872 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 Lien Unit Phone: (800) 913-6050 | Serial Number 270883706 | For Optional Use by Recording Office | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer MICHAEL ROBERT MARSOUN

Residence    PO BOX 650
             KEALAKEKUA, HI 96750-0650

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | XXX-XX-5426 | 08/22/2005 | 09/21/2015 | 1822.72 |

Place of Filing
BUREAU OF CONVEYANCES
REGISTRAR
HONOLULU, HI 96803

Total $ 1822.72

This notice was prepared and signed at DENVER, CO    AFTER REC'D RTN TO _____, on this,
                                                     INTERNAL REVENUE SERVICE
                                                     PO BOX 145595
the ___26th___ day of __January__, _2006_.           STOP #8420-G  TEAM 206
                                                     CINCINNATI, OH 54250-5595

Signature  *Susan A. Hansen*       Title  REVENUE OFFICER       26-04-3552
for C. KAMINAKA                           (808) 933-6983 x2200

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office        Form 668(Y)(c) (Rev. 2-2004)
                                         CAT. NO 60025X

Exhibit D-2

I hereby certify that this is
a true copy from the records
of the Bureau of Conveyances.

Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii

R-557  STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
SEP 27, 2006       08:02 AM

Doc No(s) 2006-177300



/s/ CARL T. WATANABE
REGISTRAR OF CONVEYANCES

20    20/36   Z12

Reserved for Recording Information

After recording, return By Mail ☒

Internal Revenue Service
P O Box 145595
Cincinnati OH   45250-9734

Reserved for Recording Information

Document contains _____ pages



Exhibit E-1

| Form 668 (Y)(c) (Rev. February 2004) | 1075 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 Lien Unit Phone: (800) 913-6050 | Serial Number 316922906 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  MICHAEL ROBERT MARSOUN

Residence  PO BOX 650
KEALAKEKUA, HI 96750-0650

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | XXX-XX-5426 | 05/08/2006 | 06/07/2016 | 42616.26 |
| 1040 | 12/31/2003 | XXX-XX-5426 | 05/08/2006 | 06/07/2016 | 88244.03 |

Place of Filing
BUREAU OF CONVEYANCES
REGISTRAR
HONOLULU, HI 96803

Total  $  130860.29

This notice was prepared and signed at ___DENVER, CO___  Internal Revenue Service, on this,
the __14th__ day of __September__, __2006__.
PO Box 145595
Stop # 8420-G   Team 206
Cincinnati, OH  45250-5595

Signature  R. A. Mitchell
for COLIN CHUNG

Title  REVENUE OFFICER
(808) 539-1509     26-10-3674

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Exhibit E-2