UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Robert Marsoun )
74-5533 Luhia St., Suite B-1A-393 ) CASE NO. 07-355 (JDB)
Kailua-Kona, HI 96740 )
Tel. 808.328-9993 ) (PLAINTIFF DEMANDS A TRIAL BY
) JURY OF ALL ISSUES SO TRIABLE)
vs, )
)
UNITED STATES OF AMERICA; and )
STATE OF HAWAII, DEPARTMENT OF
TAXATION; and ROY HAMAKAWA, Acting
District Tax Manager; and John Doe, aka
"M. SHIOJI," Preparer

**RECEIVED**

MAR 5 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMPLAINT FOR DAMAGES UNDER 26 U.S.C. SECTION 7431

Michael Robert Marsoun, plaintiff herein, complains of defendants and seeks statutory and/or actual and punitive damages as follows:

I

**INTRODUCTION**

1. This is an action brought pursuant to Title 26, Section 7431 of the Internal Revenue Code for the recovery of statutory and/or actual and punitive damages caused by

   A. the intentional and/or negligent unlawful disclosure of confidential return information by R. Romney, P. Dashel, M. Provost, C. Kaminaka, Susan A. Hansen, and Colin Chung, and other unknown agents (herein agent(s)) of the Internal Revenue Service;

    B.    the intentional and/or negligent unlawful inspection of confidential return information by STATE OF HAWAII, DEPARTMENT OF TAXATION, and ROY HAMAKAWA, Acting District Tax Manager;

    C.    the intentional and/or negligent unlawful disclosure of confidential return information by STATE OF HAWAII, DEPARTMENT OF TAXATION, and ROY HAMAKAWA, Acting District Tax Manager; and,

    D.    the intentional and/or negligent unlawful inspection of confidential return information by John Doe, *aka* "M. SHIOJI".

2. This Court has jurisdiction for this action under Title 26, Section 7431(a)(1) and (b) of the Internal Revenue Code, Venue is proper in this Court under 28 U.S.C. §1391(e).

## II

## FACTS

3. Michael Robert Marsoun is an individual who at times material hereto lived in Huntington Beach, California, and Kealakekua, Hawaii.

4.     A.    Plaintiff is the victim of disclosures of confidential information, unauthorized in the absence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203. Said unauthorized disclosures are being conducted by the aforementioned agent(s) of the Internal Revenue Service; and,

B. Plaintiff is the victim of inspections of confidential information, unauthorized in the absence of a written agreement between the Secretary of the Treasury (or his authorized delegate) and the Head of the STATE OF HAWAII, DEPARTMENT OF TAXATION, which specifically identifies ROY HAMAKAWA, Acting District Tax Manager, as an individual authorized to receive confidential information under such written agreement; and,

C. Plaintiff is the victim of further disclosure of confidential information by ROY HAMAKAWA, Acting District Tax Manager, unauthorized in the absence of a written agreement between the Secretary of the Treasury (or his authorized delegate) and the Head of the STATE OF HAWAII, DEPARTMENT OF TAXATION, which specifically identifies John Doe, *aka* "M. SHIOJI," Preparer, as an individual authorized to receive confidential information under such written agreement.

5. A. On or about May 16, 1994, the aforementioned R. Romney, claiming the Title of Revenue Officer 33-01-4310, in the "Laguna Niguel", District, and P. Dashel, Title omitted, caused to be recorded with the County Recorder, Orange County, in Santa Ana, California, a purported Notice of Federal Tax Lien for alleged "940" and "6721" taxes for "12/31/1990", "signed" P. Dashel, "for" R. Romney, (a sample is affixed hereto as Exhibit A; identifying information has been excised), in an amount for which defendants have been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and

recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "08/11/1997" as specified thereupon.

B. On or about February 11, 1998, the aforementioned M. Provost, claiming the Title of Chief, SCCB 33-01-0000, in the "Southern California" District, and P. Dashel, Title omitted, caused to be recorded with the County Recorder, Orange County, in Santa Ana, California, a purported Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/1990", "12/31/1991", "12/31/1992", "signed" P. Dashel, "for" M. Provost, (a sample is affixed hereto as Exhibit B; identifying information has been excised), in an amount for which defendants have been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "08/11/1997" as specified thereupon.

C. On or about August 24, 2005, the aforementioned C. Kaminaka, claiming the Title of Revenue Officer 32-01-3552, and Susan A. Hansen, Title omitted, caused to be recorded with the Department of Land and Natural Resources, Bureau of Conveyances, in Honolulu, Hawaii, a purported Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/1993", "12/31/1995", "12/31/1996", "12/31/1997", "12/31/1998", "signed" Susan A. Hansen, "for" C. Kaminaka, (a sample is affixed hereto as Exhibit C; identifying information has been excised), in an amount for which defendants have been unable to produce evidence of procedurally proper, valid assessments, made in full

compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "07/30/2001" as specified thereupon.

D.  On or about January 26, 2006, the aforementioned C. Kaminaka, claiming the Title of Revenue Officer 32-01-3552, and Susan A. Hansen, Title omitted, caused to be recorded with the Department of Land and Natural Resources, Bureau of Conveyances, in Honolulu, Hawaii, a purported Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/1999", "signed" Susan A. Hansen, "for" C. Kaminaka, (a sample is affixed hereto as Exhibit D; identifying information has been excised), in an amount for which defendants have been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "08/22/2005" as specified thereupon.

E.  On or about September 14, 2006, the aforementioned Colin Chung, claiming the Title of Revenue Officer 26-10-3674, and R.A. Mitchell, Title omitted, caused to be recorded with the Department of Land and Natural Resources, Bureau of Conveyances, in Honolulu, Hawaii, a purported Notice of Federal Tax Lien for alleged "1040" taxes for "12/31/2002", "12/31/2003", "signed" R.A. Mitchell, "for" Colin Chung, (a sample is affixed hereto as Exhibit E; identifying information has been excised), in an amount for which defendants have been unable to produce evidence of procedurally proper, valid

         assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "05/08/2006" as specified thereupon.

    F.    On or before November 17, 2006, the aforementioned Internal Revenue Service employees disclosed confidential information to STATE OF HAWAII, DEPARTMENT OF REVENUE, and/or ROY HAMAKAWA, Acting District Tax Manager, and/or to John Doe, *aka* "M. SHIOJI," Preparer, in the absence of a written agreement between the Secretary of the Treasury (or his authorized delegate) and the Head of the STATE OF HAWAII, DEPARTMENT OF TAXATION.

6.    A.    In the absence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, each instrument identified in ¶¶ 5, above, entered into the public record, contains multiple wrongful disclosures of "return information" as defined in law. SEE: ¶ 15, below.

    B.    In the absence of a written agreement between the Secretary of the Treasury (or his authorized delegate) and the Head of the STATE OF HAWAII, DEPARTMENT OF TAXATION, which specifically identifies ROY HAMAKAWA, Acting District Tax Manager, as an individual authorized to receive confidential information under such written agreement inspection and further disclosure by ROY HAMAKAWA, Acting District Tax Manager, is a

   violation of Internal Revenue Code section 6103.

C. In the absence of a written agreement between the Secretary of the Treasury (or his authorized delegate) and the Head of the STATE OF HAWAII, DEPARTMENT OF TAXATION, which specifically identifies John Doe, *aka* "M. SHIOJI," Preparer, as an individual authorized to receive confidential information under such written agreement, disclosure by ROY HAMAKAWA, Acting District Tax Manager to John Doe, *aka* "M. SHIOJI," Preparer, is a violation of Internal Revenue Code section 6103.

7. The wrongful disclosures of plaintiffs' return information has caused plaintiff substantial mental and emotional distress.

8. The wrongful disclosures of plaintiffs' return information has subjected plaintiff to the real possibility of identity theft.

9. In the absence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, tt was neither necessary, nor lawful, for the aforementioned agent(s) to place on the purported Notice(s), return information which subject plaintiff to the possibility of identity theft.

10. In the absence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, agent(s) disclosures were not in good faith or there existed no good faith in disclosure of confidential return information.

11. A reasonable Internal Revenue Agent can be expected to know the statutory provisions governing disclosure, as interpreted and reflected in the IRS regulations and manuals. An agents's contrary interpretation is not in good faith.

12. Agent did not follow the dictates of section 6103 or the applicable IRS manual provisions prior to recording the purported notices.

13. On information and belief, the agent(s) involved in this case have all received extensive "disclosure" training which is designed to preserve the integrity of the confidentiality provisions of the federal tax laws which are codifications and extensions of the basic Forth Amendment right to privacy.

### III

### LEGAL AUTHORITY

14. Section 7431 of the internal revenue code provides taxpayers with a cause of action for statutory and/or actual and punitive damages against the United States in the event an officer of employee thereof makes any unlawful disclosure of "return information" in violation of Section 6103 of the Internal Revenue Code.

15. "Return Information" is required by Section 6103 to remain confidential and not be disclosed except as provided in Section 6103. There is no provision in Section 6103 providing for the disclosure of the return information contained in the aforementioned lien(s). "Return Information" is broadly defined in Section 6103(b)(2) as follows:

> a taxpayer's identity, the nature, source. or amount of his income, payments, receipts, deductions, exemptions, credits, assets, liabilities, net worth, tax liability, tax withheld, deficiencies, overassessment, or tax payments, whether the taxpayer's return was, is being, or will be examined or subject to investigation or processing, or any other data, received by, recorded by, prepared by, furnished to, or collected by the Secretary with respect to a

      return or with respect to the determination of the existence, or possible existence, of liability (or the amount thereof) of any person under this title for any tax, penalty, interest, fine, forfeiture, or other imposition or offense ...

16.   "Taxpayer identity" is broadly defined in Section 6103(b)(6) as follows:

      The term "taxpayer identity" means the name of a person with respect to whom a return is filed, his mailing address, his taxpayer identifying number (as described in section 6109), or a combination thereof.

17.   The disclosure(s) described above are intentional, negligent, and/or grossly negligent disclosures of "return information" in violation of Section 6103 and for which plaintiff is/are entitled to statutory and/or actual and punitive damages under Section 7431.

## IV

## DAMAGES

18.   Internal Revenue Code section 7431 authorizes damages:

...in an amount equal to the sum of—
(1) the greater of—
    (A) $1,000 for each act of unauthorized inspection or disclosure of a return or return information with respect to which such defendant is found liable, or
    (B) the sum of—
        (i) the actual damages sustained by the plaintiff as a result of such unauthorized inspection or disclosure, plus
        (ii) in the case of a willful inspection or disclosure or an inspection or disclosure which is the result of gross negligence, punitive damages, plus
(2) the costs of the action, plus
(3) in the case of a plaintiff which is described in section 7430 (c)(4)(A)(ii), reasonable attorneys fees, except that if the defendant is the United States, reasonable attorneys fees may be awarded only if the plaintiff is the prevailing party (as determined under section 7430 (c)(4)).

19.   The reprehensible and vexatious conduct of and the illegal disclosures made by the aforementioned agent(s) and the other agents involved herein has caused plaintiff substantial personal embarrassment, loss of good will, loss in credit, the extent of

which at this time cannot be completely and accurately ascertained but which will be more fully known after the completion of discovery. At a minimum, defendant is statutorily liable for 1,000.00 for each unauthorized disclosure by defendants.

20. The intentionally and/or grossly negligent unlawful disclosures by Arlie Alexander and the other agents involved herein entitles plaintiff to punitive damages the extent of which at this time cannot be accurately ascertained but which will be more fully known after the completion of discovery.

21. Based on the unlawful disclosures plaintiff contend that they are entitled to the costs of the action pursuant to Section 7431(c)(2) and (3).

**WHEREFORE**, plaintiff request(s) after trial of this case that judgement be entered in his/her/their favor against the UNITED STATES OF AMERICA; STATE OF HAWAII, DEPARTMENT OF TAXATION, ROY HAMAKAWA, and John Doe, aka "M. SHIOJI", for actual and punitive damages, the costs of this action, expungement of the aforementioned notices and such other and further relief to which plaintiff is/are entitled.

Dated Feb, 12, 2007

_____
Michael Robert Marsoun

Jurat

Sworn to and subscribed before me, a Notary Public in the State of Hawaii, this 12th day of February, 2007.

_____
Notary Public

My Commission expires: 8-22-07

| Form 668 (Y) (Rev. October 1993) | 7128 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|---|
| **District** Laguna Niguel, CA | | **Serial Number** 339488376 | | *For Optional Use by Recording Office* DOC # 94-0354286 24-MAY-1994 01:34 PM Recorded in Official Records of Orange County, California Lee A. Branch, County Recorder Page 1 of 1 Fees $ 5.00 Tax $ 0.00 |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** MICHAEL MARBOUN
DBA EUROTECH MARBLE

**Residence** 200 MAIN ST STE NO 104
HUNTINGTON, CA 92648-8100

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/90 | 33-0392139 | 02/15/93 | 03/17/03 | 227.10 |
| 6721 | 12/31/90 | 33-0392139 | 09/07/92 | 10/07/02 | 390.00 |

**Place of Filing**
COUNTY RECORDER
ORANGE COUNTY
SANTA ANA, CA 92702

**Total** $ 617.10

This notice was prepared and signed at Laguna Niguel, CA, on this, the 18th day of May, 19 94.

**Signature** for B. BONNEY (810) 660-3509    **Title** Revenue Officer 33-01-4310

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office        Form 668 (Y) (Rev. 10-93)

Exhibit A

RECORDING REQUESTED BY.

Internal Revenue Service

AND WHEN RECORDED MAIL TO.

Internal Revenue Service
P.O. Box 30216
Laguna Niguel, CA 92607

Recorded in the County of Orange, California
Gary L. Granville, Clerk/Recorder

6.00

19980076657 10:54am 02/11/98

005 23011743 23 14
M32 1 6.00 0.00 0.00 0.00 0.00 0.00

THIS SPACE RESERVED FOR RECORDER ONLY

Form 668 (Y) 341
(Rev. October 1993)

Department of the Treasury - Internal Revenue Service
**Notice of Federal Tax Lien**

| District | Serial Number |
|---|---|
| SOUTHERN CALIFORNIA | 339841345 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: MICHAEL MARSOUN

Residence: 404 8TH STREET
HUNTINGTON BEACH, CA 92648-4629

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1990 | 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 | 08/11/1997 | 09/10/2007 | 53608.85 |
| 1040 | 12/31/1991 | 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 | 08/11/1997 | 09/10/2007 | 24038.84 |
| 1040 | 12/31/1992 | 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 | 08/11/1997 | 09/10/2007 | 13799.02 |

Place of Filing:
COUNTY RECORDER
ORANGE COUNTY
SANTA ANA, CA 92802

Total $ 91446.71

This notice was prepared and signed at Laguna Niguel, CA , on the,
09th day of February, 1998.

Signature: for M PROVOST

Title CHIEF, SCCB 33-01-0000
(800) 829-0994

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev Rul 71-466, 1971-2 C B 409)

Part 1 - Kept by Recording Office

Form 668 (Y)(Rev. 10-93)

Exhibit B

I hereby certify that this is
a true copy from the records
of the Bureau of Conveyances.

_(signature)_
Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii



R-904     STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
SEP 09, 2005     08:02 AM

Doc No(s) 2005-180924



/s/ CARL T. WATANABE
REGISTRAR OF CONVEYANCES

20    34/37   Z6

**Reserved for Recording Information**

After recording, return By Mail ☒

    Internal Revenue Service
    P O Box 145595
    Cincinnati OH   45250-9734

**Reserved for Recording Information**

Document contains        pages



Exhibit C-1

| Form 668 (Y)(c) | 1872 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #12 Lien Unit Phone: (800) 913-6050 | Serial Number 244975505 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  MICHAEL ROBERT MARSOUN

Residence  PO BOX 650
KEALAKEKUA, HI 96750-0650

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1993 | 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 | 07/30/2001 | 08/29/2011 | 2102.10 |
| 1040 | 12/31/1995 | 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 | 07/30/2001 | 08/29/2011 | 1290.27 |
| 1040 | 12/31/1996 | 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 | 07/30/2001 | 08/29/2011 | 4149.65 |
| 1040 | 12/31/1997 | 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 | 09/10/2001 | 10/10/2011 | 8974.88 |
| 1040 | 12/31/1998 | 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 | 07/30/2001 | 08/29/2011 | 4545.71 |

Place of Filing  BUREAU OF CONVEYANCES
REGISTRAR
HONOLULU, HI 96803

Total $ 21062.61

This notice was prepared and signed at _____SEATTLE, WA_____, on this, the __24th__ day of __August__, __2005__.

Internal Revenue Service
PO Box 145595
Stop # 8420-G   Team 206
Cincinnati, OH 45250-5595

Signature  *Susan A. Hansen*  for C. KAMINAKA

Title  REVENUE OFFICER
(808) 933-6983

32-01-3552

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 2 - Internal Revenue Service TDA Copy

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Exhibit C-2

/ 1

I hereby certify that this is
a true copy from the records
of the Bureau of Conveyances.

*[signature]*

Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii



R-855    STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
FEB 07, 2006    08:02 AM

Doc No(s) 2006-024543



/s/ CARL T. WATANABE
REGISTRAR OF CONVEYANCES

20    9/29    Z8

✓

Reserved for Recording Information | Reserved for Recording Information

After recording, return By Mail ☒

Internal Revenue Service
P O Box 145595
Cincinnati OH   45250-9734

Document contains _____ pages



Exhibit D-1

| Form 668 (Y)(c) (Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 Lien Unit Phone: (800) 913-6050 | | Serial Number 270883706 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer MICHAEL ROBERT MARSOUN

Residence   PO BOX 650
            KEALAKEKUA, HI 96750-0650

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | XXX-XX-5426 | 08/22/2005 | 09/21/2015 | 1822.72 |

Place of Filing   BUREAU OF CONVEYANCES
                  REGISTRAR
                  HONOLULU, HI 96803            Total $ 1822.72

This notice was prepared and signed at  DENVER, CO   AFTER REC'D RTN TO _____, on this,
the  26th  day of  January , 2006 .

INTERNAL REVENUE SERVICE
PO BOX 145595
STOP #8420-G   TEAM 206
CINCINNATI, OH 54250-5595

Signature  _Susan A. Hansen_   Title  REVENUE OFFICER   26-04-3552
for C. KAMINAKA                       (808) 933-6983 x2200

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office                Form 668(Y)(c) (Rev. 2-2004)
                                                 CAT. NO 60025X

Exhibit D-2

I hereby certify that this is
a true copy from the records
of the Bureau of Conveyances.

Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii

R-557    STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
SEP 27, 2006    08:02 AM

Doc No(s) 2006-177300



/s/ CARL T. WATANABE
REGISTRAR OF CONVEYANCES

20    20/36    Z12

Reserved for Recording Information

After recording, return By Mail ☒

Internal Revenue Service
P O Box 145595
Cincinnati OH  45250-9734

Reserved for Recording Information

Document contains _____ pages



Exhibit E-1

| Form 668 (Y)(c) (Rev. February 2004) | 1075 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 Lien Unit Phone: (800) 913-6050 | | Serial Number 316922906 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  MICHAEL ROBERT MARSOUN

Residence  PO BOX 650
KEALAKEKUA, HI 96750-0650

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | XXX-XX-5426 | 05/08/2006 | 06/07/2016 | 42616.26 |
| 1040 | 12/31/2003 | XXX-XX-5426 | 05/08/2006 | 06/07/2016 | 88244.03 |

Place of Filing   BUREAU OF CONVEYANCES
REGISTRAR
HONOLULU, HI 96803

Total $ 130860.29

This notice was prepared and signed at   DENVER, CO   Internal Revenue Service, on this,

the   14th   day of   September, 2006.

PO Box 145595
Stop # 8420-G  Team 206
Cincinnati, OH 45250-5595

Signature  R. A. Mitchell
for COLIN CHUNG

Title  REVENUE OFFICER
(808) 539-1509    26-10-3674

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Exhibit E-2