AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia

Michael Robert Marsoun

**SUMMONS IN A CIVIL ACTION**

V.

United States of America

DECK TYPE: Pro se General Civil

DATE STAMP: 02/16/2007

CASE NUMBER 1:07CV00355
JUDGE: John D. Bates

TO: (Name and address of Defendant)

Andrew Taylor
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Robert Marsoun
P.O. Box 650
Kealakekua, Hawaii 96750

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
MAY 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON

CLERK                                                     DATE    FEB 15 2007

_Janette Stewart-Curet_
(By) DEPUTY CLERK

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE May 8, 2007 |
| NAME OF SERVER (PRINT) Michael R. Marsom | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered Mail # RA 341 524 266 US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 8, 2007    _[signature]_
              Date              Signature of Server

              c/o POB 650, Kealakekua, HI
              Address of Server

Received
Mail Room

MAY 11 2007

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia



(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia

Michael Robert Marsoun

## SUMMONS IN A CIVIL ACTION

V.

United States of America

DECK TYPE: Pro se General Civil

DATE STAMP: 02/16/2007

CASE NUMBER 1:07CV00355

JUDGE: John D. Bates

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Robert Marsoun
P.O. Box 650
Kealakekua, Hawaii 96750

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

MAY 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON

CLERK

_Anita Stewart-Cush_ (signature)

(By) DEPUTY CLERK

DATE  FEB 15 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)
DATE: May 8, 2007

NAME OF SERVER (PRINT): Michael R. Marsom
TITLE:

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered Mail # RA 341 524 283 US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 8, 2007
Date

Signature of Server

c/o POB 650, Kealakekua, HI
Address of Server

Received
Mail Room

MAY 11 2007

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia



(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.