AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia

Michael Robert Marsoun

V.

United States of America

**SUMMONS IN A CIVIL ACTION**

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 02/16/2007

CASE NUMBER  1:07CV00355

TO: (Name and address of Defendant)

ROY HAMAKAWA, Acting District Tax Manager
P.O. Box 833
Hilo, HI 96721-0833

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Robert Marsoun
P.O. Box 650
Kealakekua, Hawaii 96750

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                             FEB 15 2007

CLERK                                               DATE

Janette Stewart-Curek
(By) DEPUTY CLERK

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 05-09-2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Christopher Barca | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Marlene

☐ Returned unexecuted: 75 Aupuni St - Suite 101  Hilo, HI 96720

~~☒ Other (specify):~~ Registered Mail # RA 341 524 270 US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05-09-2007
            Date                Signature of Server

PO Box 785  Hilo, HI 96721
Address of Server

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
APR 17 2007
RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 399  (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: _Michael A. Marsom_
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _Acting Dist. Tax Manager, AKA MSOJI_, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of _Michael Marsom VS. USA, et al_,
(CAPTION OF ACTION)

which is case number _1:07CV00355_ in the United States District Court
(DOCKET NUMBER)

for the _____ District of _Columbia_.

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _May 1, 2007_,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_5/8/07_        _[Signature]_
(DATE)                           (SIGNATURE)

Printed/Typed Name: Roy Hamakawa

As   District Manager          of   State of Hawaii
     District of Hawaii              Department of Taxation
     (TITLE)                          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____ Columbia

Michael Robert Marsoun

V.

**SUMMONS IN A CIVIL ACTION**

United States of America

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 02/16/2007

CASE NUMBER 1:07CV00355

JUDGE: John D. Bates

TO: (Name and address of Defendant)

M. SHIOJI, Preparer
P.O. Box 833
Hilo, HI 96721-0833

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Robert Marsoun
P.O. Box 650
Kealakekua, Hawaii 96750

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          FEB 15 2007
_____            _____
CLERK                                             DATE

_Janette Stewart-Curtis_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 05-09-2007 |
| NAME OF SERVER (PRINT) Christopher Barca | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

   75 Aupuni St - Rm 101  Hilo, HI  96720

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Registered Mail # 341 524 252 US

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   05-09-2007
              Date              Signature of Server

              PO Box 785  Hilo, HI 96721
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

APR 16 2007
RECEIVED
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: _Michael A. Marsoun_
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _Acting Dist. Tax Manager, AKa M Soji_, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of _Michael A Marsoun VS. USA, et al_,
(CAPTION OF ACTION)

which is case number _1:07CV00355_ in the United States District Court
(DOCKET NUMBER)

for the _____ District of _Columbia_.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _May 1, 2007_,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_5/8/2007_                          _Marian Shioji_
(DATE)                              (SIGNATURE)

Printed/Typed Name: Marian Shioji

As  Office Auditor                  State of Hawaii
    District of Hawaii          of  Department of Taxation
    (TITLE)                         (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia

Michael Robert Marsoun

V.

United States of America

**SUMMONS IN A CIVIL ACTION**

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 02/16/2007

CASE NUMBER  1:07CV00355

TO: (Name and address of Defendant)

~~Kurt Kawafuchi~~, Director of Taxation
Princess Ruth Keelikolani Building
830 Punchbowl Street
Honolulu, Hawaii 96813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Robert Marsoun
P.O. Box 650
Kealakekua, Hawaii 96750

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          FEB 15 2007
CLERK                                             DATE

_Janette Stewart-Curek_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | MAY 0 9 2007  4:05 pm |
| NAME OF SERVER *(PRINT)* ERIC SCHROEDER | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered Mail # 341 544 249 US. Dept of Taxation served thru Dana Remigio, Director's Secy, at 830 Punchbowl St. #230, Honolulu, Hawaii

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 1 0 2007
               Date

*Signature of Server*
ERIC SCHROEDER
HAWAII LEGAL SERVICES,
1164 Bishop St., Suite 124-2
Honolulu, Hawaii 96813
*Address of Server*

X _____
Dana A. Remigio, Private Secretary III

RECEIVED
APR 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: __Michael R Marsoun__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __State of Hawaii, Dept. of Taxation__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Michael R Marsoun vs. US, et al__,
(CAPTION OF ACTION)

which is case number __1:07CV00355__ in the United States District Court
(DOCKET NUMBER)

for the _____ District of __Columbia__.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __May 2, 2007__,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

__MAY - 4 2007__                        _____
(DATE)                                          (SIGNATURE)

Printed/Typed Name: __Kurt Kawafuchi__

As __Director of Taxation__ of __State of Hawaii Department of Taxation__
   (TITLE)                                  (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.