IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ROBERT MARSOUN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07-cv-00355-JDB |
| | ) |
| UNITED STATES OF AMERICA, AND STATE OF HAWAII, DEPARTMENT OF TAXATION, AND ROY HAMAKAWA, ACTING DISTRICT TAX MANAGER, AND JOHN DOE, AKA "M. SHIOJI," PREPARER | ) ) ) ) ) |
| | ) |
| State of Hawaii<br>Tax Division<br>425 Queen Street<br>Honolulu, Hawaii 96813 | ) ) ) ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE OF APPEARANCE</u>**

     PLEASE TAKE NOTICE that the firm Caplin & Drysdale, Chartered hereby notes the appearance of Charles M. Ruchelman as counsel in this action representing defendants *State of Hawaii, Department of Taxation, Roy Hamakawa, and Marian Shioji*. Mr. Ruchelman is admitted to practice before this Court. Pleadings and correspondence may be served upon defendants *State of Hawaii, Department of Taxation, Roy Hamakawa, and Marian Shioji* as follows:

    Charles M. Ruchelman, Esq.
    Caplin & Drysdale, Chartered
    One Thomas Circle, NW
    Suite 1100
    Washington, DC 20005

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 29, 2007 | /s/ Charles M. Ruchelman<br>CHARLES M. RUCHELMAN<br>D.C. Bar No. 489902<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, D.C. 20005<br>Phone: (202) 862-7834<br>Facsimile: (202) 429-3301<br>Email: cmr@capdale.com<br><br>Counsel for Defendants<br>*State of Hawaii, Department of Taxation, Roy Hamakawa, and Marian Shioji* |