IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ROBERT MARSOUN,      ) | |
|                                Plaintiff,      ) | |
| v.                                                              ) | No. 1:07-cv-00355-JDB |
| UNITED STATES OF AMERICA, AND                                   ) | |
| STATE OF HAWAII, DEPARTMENT OF                                  ) | |
| TAXATION, AND ROY HAMAKAWA,                                     ) | |
| ACTING DISTRICT TAX MANAGER, AND                                ) | |
| JOHN DOE, AKA "M. SHIOJI," PREPARER                             ) | |
| State of Hawaii                                                 ) | |
| Tax Division                                                    ) | |
| 425 Queen Street                                                ) | |
| Honolulu, Hawaii 96813                                          ) | |
|                                Defendants.      ) | |

## MOTION TO DISMISS

The State of Hawaii, Department of Taxation, Roy Hamakawa, and Marian Shioji (hereinafter jointly referred to as "Hawaii Defendants") move to dismiss this action. Plaintiff's claims against the State of Hawaii should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction because 26 U.S.C. § 7431 does not provide a cause of action against a state agency. Alternatively, plaintiff's claims against the State of Hawaii should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) because the State of Hawaii is protected from suit by the doctrine of sovereign immunity.

Plaintiff's claims against Roy Hamakawa and Marian Shioji should be dismissed pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction because the plaintiff has not and cannot satisfy his burden of establishing a prima facie case of personal jurisdiction. Furthermore, plaintiff's claims against Mr. Hamakawa and Ms. Shioji should be dismissed

pursuant to Fed. R. Civ. P. 12(b)(6) because the claims are barred under the doctrine of qualified immunity.

Finally, plaintiff's claims against the Hawaii Defendants should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted because plaintiff has not alleged sufficient facts upon which to posit a violation of 26 U.S.C. § 6103.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

Pursuant to Local Rule 7(f), the Hawaii Defendants request an oral hearing on this motion.

Date:   June 29, 2007

Respectfully Submitted,

/s/ Charles M. Ruchelman
CHARLES M. RUCHELMAN
D.C. Bar No. 489902
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Telephone: 202-862-7834
Email: cmr@capdale.com

Counsel for Defendants
*State of Hawaii, Department of Taxation, Roy Hamakawa, and Marian. Shioji*