UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL ROBERT MARSOUN,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Civil Action No. 07-0355 (JDB)

## ORDER

Defendants filed motions to dismiss on June 8, 2007 and June 29, 2007. Plaintiff is representing himself in this matter, and has not yet responded. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, the Court wishes to advise plaintiff that he must respond to defendants' motions to dismiss by not later than September 6, 2007. If plaintiff does not respond, the Court may grant the motions as conceded and dismiss the complaint.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Dated:  August 23, 2007