# United States District Court
## IN THE DISTRICT OF COLUMBIA

Michael Robert Marsoun,

      Plaintiff(s),

v.

UNITED STATES OF AMERICA

      Defendant.

Case No. 07-0355 (JDB)

**RECEIVED**

SEP 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff moves the Court for an enlargement of time to respond to the courts order to file a response to motion to dismiss. This motion is supported by the following:

First, the Clerk did not mail the Court's Order until August 28, five days after the date the Court issued the Order. The Clerk essentially reduced the time for me to comply with the Court's Order to less than 10 days, without factoring in the Labor Day holiday.

Defendant has raised numerous grounds for dismissal. Plaintiff, untrained in law, needs additional time to fully and adequately respond to each ground set forth in defendants motion.

Plaintiff believes that an enlargement of 15 days from the date this motion is filed will be sufficient.

Dated: _Sept. 16_, 2007

_/s/ Michael Robert Marsoun_
Michael Robert Marsoun

## CERTIFICATE OF SERVICE

    I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated _Sept. 16_, 2007

_/s/ Michael Marsoun_
Michael Robert Marsoun

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ROBERT MARSOUN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 07-0355 (JDB) |

## ORDER

Defendants filed motions to dismiss on June 8, 2007 and June 29, 2007. Plaintiff is representing himself in this matter, and has not yet responded. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, the Court wishes to advise plaintiff that he must respond to defendants' motions to dismiss by not later than September 6, 2007. If plaintiff does not respond, the Court may grant the motions as conceded and dismiss the complaint.

SO ORDERED.

/s/
_____
JOHN D. BATES
United States District Judge

Dated:   August 23, 2007

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

9674C+3643