UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL ROBERT MARSOUN,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Civil Action No. 07-0355 (JDB)

**ORDER**

Before the Court is plaintiff's motion for enlargement of time to respond to "motion to dismiss," referring to only one defendant and one motion. By Order dated August 23, 2007, the Court notified plaintiff that <u>two</u> motions to dismiss had been filed -- one on June 8, 2007, and the second on June 29, 2007 -- and that plaintiff's response to both motions was due by not later than September 6, 2007. By this Order, the Court reiterates to plaintiff that two motions to dismiss are pending (each motion filed by different defendants), and plaintiff's failure to respond to either motion may result in the motions being granted as conceded.

Accordingly, it is hereby

**ORDERED** that the Clerk of Court shall cause a copy of both pending motions to dismiss [ECF #6, #10] to be mailed to plaintiff along with this Order; it is further

**ORDERED** that plaintiff's motion for enlargement of time is **GRANTED**; and it is further

**ORDERED** that plaintiff's response to both pending motions to dismiss shall be filed by not later than October 3, 2007.

/s/
JOHN D. BATES
United States District Judge

Dated:   September 20, 2007