UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL ROBERT MARSOUN,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>Defendants. | Civil Action No.  07-0355 (JDB) |

## ORDER

Upon consideration of [#6] defendant United States' motion to dismiss and [#10] the motion to dismiss of defendants State of Hawaii, Department of Taxation, Roy Hamakawa, and Marian Shioji, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the motions to dismiss are **GRANTED**, and this action is dismissed in its entirety.

/s/
JOHN D. BATES
United States District Judge

Date:  December 14, 2007